UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                         Case No.  22-22263-cgm

     Jesus Mora,                              Chapter 13

          Debtor

--------------------------------------------------------

## ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**:   Rushmore Loan Management Services

                  8616 Freeport Pkwy, Irving, Texas 75063

**Property Address**:   67 Perry Avenue, PortChester, New York 10573

**Last Four Digits of Account Number of Loan**:  **** 3826

**File Date of Loss Mitigation request**: 8/17/23

**Date of Entry of Loss Mitigation Order**: 9/7/23

**Date of Entry of Order Approving Settlement (*if any*)**:   10/23/23

**Other Requests for Loss Mitigation in this Case**:  No

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following:

[X]  Loan modification          [ ]  Surrender of property

[ ]  Short sale               [ ]  No agreement has been reached

Other:

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

/s/ Cecelia G. Morris

**Dated: November 17, 2023**
**Poughkeepsie, New York**

_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**